IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00068-F-1
No. 4:15-CR-00068-F-2
No. 4:15-CR-00068-F-3
No. 4:15-CR-00068-F-5
No. 4:15-CR-00068-F-6
No. 4:15-CR-00068-F-8

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GUILLERMO MONGE ESPINOSA, | ) | |
| DERRICK PITTMAN, | ) | |
| RAMIRO CALIXTRO, | ) | |
| JORGE ESPINOSA, | ) | |
| ADAN ESPINO, II, | ) | |
| GLORIA SOLANO, | ) | |
| Defendants. | ) | |

This matter is before the court on Ramiro Calixtro's Unopposed Motion to Extend Due Date of Pretrial Motions and Arraignment [DE-36]. Based on the representations to the court in Ramiro Calixtro's motion, with the consent of the Government and for good cause shown, it is ordered that Ramiro Calixtro's Motion [DE-36] is ALLOWED to the extent that the arraignment and trial in this matter are continued until the January 4, 2016 term of court. Because Defendants Guillermo Monge Espinosa, Derrick Pittman, Ramiro Calixtro, Jorge Espinosa, Adan Espino, II, and Gloria Solano are all joined in a single indictment [DE-16], and no severance has been allowed, the trial and arraignment as to all Defendants will be continued to the court's January 4, 2016 term of court. *See* 18 U.S.C. § 3161(h)(6). It is further ordered that the pretrial motions deadline as to all defendants is extended to December 16, 2015. Responses thereto are to be filed

no later than December 30, 2015.

For the reasons stated in Ramiro Calixtro's motion, the court finds that the ends of justice are best served by allowing the continuance and that they outweigh the interest of the public and defendants in a speedy trial. Accordingly, the delay occasioned by allowing of this continuance shall be excluded from the speedy trial computation. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 17' day of November, 2015.

*James C. Fox*
JAMES C. FOX
Senior U.S. District Judge