IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-cr-00068-F-2
NO. 4:15-cr-00068-F-4

UNITED STATES OF AMERICA  :
                          :
            v.            :
                          :
DERRICK PITTMAN           :
ALEXIS CALIXTRO-CASAS     :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant, Derrick Pittman, on February 16, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 924(c)(1)(A), to wit, a Glock handgun, serial number WLE406;

AND WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant, Alexis Calixtro-Casas, on February 16, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 924(c)(1)(A), to wit, a Springfield XD 45 handgun, serial number XS553720; and

WHEREAS, by virtue of said Memorandum of Plea Agreements, the

1

United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreements as to the defendants Derrick Pittman and Alexis Calixtro-Casas, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 21 day of March, 2016.

_____
JAMES C. FOX
Senior United States District Judge

2