IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

No. 4:15-cr-68-2F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DERRICK PITTMAN, ) | |
| ) | |
| Defendant. ) | |

THIS CAUSE came before the court upon Defendant Derrick Pittman's Motion to Access Sealed Document, asking this court to grant his attorney access to the sealed Presentence Investigation Report, docket entry number 149, for the purpose of representing Mr. Pittman on appeal. The court GRANTS Defendant's motion, and the clerk's office is ordered to allow access to counsel to view docket entry number 149.

SO ORDERED. This __23__ day of December, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge